UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>Plaintiff,<br><br>v.<br><br>KATHERINE LESTER,<br><br>Defendant. | No.  2:24-cv-3428-DC-CKD (PS)<br><br><br><br>ORDER |

Plaintiff, Alexander Rodarte, filed a complaint for damages in the Sacramento County Superior Court and defendant, Katherine Lester, removed the case to this court on December 10, 2024. (ECF No. 1.) On December 11, 2024, defendant filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 5.) Plaintiff did not file a timely opposition to the motion to dismiss. See Local Rule 230(c).

Plaintiff's failure to timely file an opposition or statement of non-opposition to the motion to dismiss violates Local Rule 230(c). However, the court will provide plaintiff with a further opportunity to respond to the pending motion within 14 days after service of this order. Plaintiff is cautioned that any further failure to respond will be construed as a non-opposition to the motion which would also constitute grounds for dismissal of this case.

Local Rule 230(c) states "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party...."

1

Accordingly, the hearing set for February 19, 2025, on defendant's motion to dismiss is vacated. After the conclusion of briefing, the motion will be submitted for decision on the record and written briefing. If the court subsequently determines that oral argument would be beneficial for consideration of the motion, the parties will be notified accordingly.

In accordance with the above, IT IS ORDERED as follows:

1. The hearing on defendant's motion to dismiss set to take place on February 19, 2025, is VACATED.

2. Plaintiff shall file a written opposition (or a statement of non-opposition) to the motion to dismiss within 14 days after service of this order. Failure to do so will be deemed a statement of non-opposition and consent to the granting of the motion and may also constitute a ground for the imposition of appropriate sanctions, including a recommendation that plaintiff's case be involuntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

3. Defendant may file a written reply to any opposition filed by plaintiff within 10 days of plaintiff's filing. The court will take the pending motions under submission upon conclusion of this briefing schedule.

Dated: January 13, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, roda24cv3428.nooppo