UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER RODARTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>KATHERINE LESTER,<br><br>    Defendant. | No. 2:24-cv-03428-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 5, 12) |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 22, 2025, the magistrate judge filed amended findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 12.) Plaintiff has not filed objections to the findings and recommendations.[1]

---

[1] On August 1, 2025, Plaintiff filed a notice asking the court for advice on his next steps, such as "appeal or amend or go through a different judge." (Doc. No. 13.) However, the court cannot provide Plaintiff legal advice. As explained in the findings and recommendations, Plaintiff fails to state a cognizable claim in this case and his allegations in his complaint and his arguments in opposition to Defendant's motion to dismiss indicate that granting leave to amend would be futile. Thus, the court is dismissing this action without leave to amend. If Plaintiff wishes to appeal this court's decision to dismiss this case, he may file a notice of appeal, which typically "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. R. App. P. 4(a)(1)(A).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a review of this case. Having carefully reviewed this matter, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 22, 2025 (ECF No. 12) are adopted in full.
2. Defendant's motion to dismiss (ECF No. 5) is GRANTED.
3. This case is dismissed due to Plaintiff's failure to state a claim upon which relief can be granted.
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 13, 2025**

Dena Coggins
United States District Judge